James Rice, Petitioner-Appellant, v. Board of Fire and Police Commissioners of City of Peoria et al., Respondents-Appellees.

Gen. No. 10,542.

Cassidy & Sloan, for appellant; Max J. Lipkin, for appellees. Opinion by JUSTICE ANDERSON. Not to be published in full. Opinion filed February 1, 1952; released for publication February 19, 1952.